UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL BERGIDA, | Case No.: 2:22-cv-02150-APG-BNW |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| PLUSFOUR, INC., | |
| Defendant | |

I previously dismissed plaintiff Rachel Bergida's complaint and gave her until November 30, 2023 to file an amended complaint. ECF No. 14. I advised Bergida that if she did not file an amended complaint, I would dismiss the case with prejudice, enter judgment against Bergida, and close the case. *Id.* at 13. Bergida did not file an amended complaint.

I THEREFORE ORDER that plaintiff Rachel Bergida's complaint (ECF No. 1) is dismissed with prejudice. The clerk of court is instructed to enter judgment in favor of defendant PlusFour, Inc. and against plaintiff Rachel Bergida, and to close this case.

DATED this 1st day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE