Robert M. Tzall, Esq.
Nevada State Bar No. 13412
Contemporary Legal Solutions
2551 N. Green Valley Parkway
Building C, Suite 303
Henderson, NV, 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL BERGIDA, | Case No.:  2:22-cv-02150-APG-BNW |
| Plaintiff, | **MOTION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT PLUSFOUR, INC.'S MOTION FOR FEES** |
| vs. | |
| PLUSFOUR, INC.; | |
| Defendant(s). | **(FIRST REQUEST)** |

Plaintiff Rachel Bergida ("Plaintiff"), hereby requests an extension of 14 days, up to and including **January 16, 2024**, for Plaintiff to file its opposition to Defendant's Motion for Fees [ECF No. 17], which is currently due on January 2, 2024. Plaintiff Counsel conferred with Defendant's Counsel who consented to this request.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of January 2024.

Respectfully submitted by:

**CONTEMPORARY LEGAL SOLUTIONS**

*/s/  Robert M. Tzall*
ROBERT M. TZALL, ESQ.
2551 North Green Valley Pkwy, Building C,
Suite 303 Henderson, NV 89014
*Attorneys for Plaintiff, Rachel Bergida*

**ORDER**

Based on the above stipulation of the parties, **IT IS ORDERED** as follows**:**

Plaintiff shall file its opposition to Defendant's Motion to Dismiss [ECF No. 17] on or before **January 16, 2024;**

IT IS SO ORDERED:

Dated: January 3, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE